**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00175-CV
_____

**RENEE JENKINS, Appellant**

**V.**

**RODNEY TAYLOR, Appellee**

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1136968**

# O R D E R

Appellant's brief was due August 2, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 9, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.